UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-cr-00105-SEB-TAB |
| | ) | |
| ANTWAN SHACKELFORD, | ) | -05 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Baker's Report and Recommendation that Antwan Shackleford's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court and orders a modification to include weekend incarceration at the Volunteers of America and community service. Defendant shall serve a total of 45 days of intermittent confinement for 15 consecutive weekends at the Volunteers of America facility commencing on Friday, April 26, 2019, at 5:00 p.m. and shall be released on Sunday, August 4, 2019, no later than 5:00 p.m. Defendant shall comply with the rules and regulations set forth by the VOA facility. Additionally, Defendant shall complete 25 hours of community service within 9 months.

**SO ORDERED.**

Date: 5/3/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service